**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00594-LTB-CBS

YU KIKUMURA,
        Applicant/Petitioner,

v.

ROBERT A. HOOD, the Warden of the USP ADX,
        Respondent.

_____

**ORDER**
_____

In this 28 U.S.C. § 2254 proceeding, the Magistrate Judge recommends that the Amended Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 filed May 2, 2005 be denied and that this action be dismissed with prejudice. The recommendation was entered on June 6, 2005 and served on June 7, 2005. Although the original petition was filed pro se, Petitioner is now represented by counsel.

On June 16, 2005, Petitioner, by counsel, filed specific written objections to the Magistrate Judge's recommendation. Then on June 28, 2005, Petitioner, pro se, filed his Motion for Leave to File a Pro Se Supplement to his objections to the recommendation. Respondents have filed a response to the Petitioner's objections. On June 30, 2005, counsel for Petitioner filed his Motion for Leave to File Documents in the Nature of Objections to the Magistrate Judge's Recommendations Out of Time adopting the arguments tendered pro se by Petitioner. Counsel for Respondent does not object to the late filing.

I have reviewed the Recommendation of the Magistrate Judge *de novo* in light of the objections submitted by counsel for Petitioner as supplemented by Petititoner pro se and the file and record in this action. On *de novo* review, I conclude that the recommendation is correct. Accordingly

IT IS ORDERED as follows:

1. Petitioner's "Pro se Motion for Leave to File His Pro se Supplement for His Objections to Magistrate Judge's Findings and Recommendation" is GRANTED and the supplement accepted for filing;

2. The motion filed by counsel for Petitioner for Leave to File Documents in the Nature of Objections to the Magistrate Judge's Recommendations Out of Time is GRANTED; and

3. On *de novo* review, the Magistrate Judge's Recommendation is APPROVED and the above action is DISMISSED.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: July 19, 2005