**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00594-LTB-CBS

YU KIKUMURA,

      Applicant/Petitioner,

v.

ROBERT A. HOOD, Warden, and
C. CHESTER, Associate Warden, USP ADX,

      Respondent.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Petitioner's Unopposed Motion to Correct Plaintiff's "Motion to Alter or Amend Judgment," is GRANTED.


Dated:  August 19, 2005
_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CERTIFICATE OF SERVICE**

Civil Case No.  05-cv-00594-LTB-CBS

The undersigned certifies that a copy of the foregoing MINUTE ORDER was served on June 17, 2005, by:

(X) delivery to:

John M. Hutchins
Assistant United States Attorney

Magistrate Judge Craig B. Shaffer


(X) depositing the same in the United States Mail, postage prepaid, addressed to:

Philip A. Cherner, Esq.
789 Sherman Street, Suite 660
Denver, CO 80203

_____
Deputy Clerk