**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00594-LTB-CBS

YU KIKUMURA,

    Applicant/Petitioner,

v.

ROBERT A. HOOD, the Warden of the USP ADX, and
C. CHESTER, Associate Warden, USP ADX,

    Respondents.

_____

**ORDER**
_____

Upon the Motion to Withdraw (Doc 43 - filed January 5, 2006), it is

ORDERED that the Motion is GRANTED. Philip A. Cherner is allowed to withdraw as counsel for Petitioner herein. Petitioner's Request to Represent the Case By Himself (Doc 47 - filed January 12, 2006) is GRANTED.

IT IS FURTHER ORDERED that the Petitioner's Request for an Extension to File His Objection to Magistrate Judge's Report and Recommendation (Doc 48 - filed January 12, 2006) and the Unopposed Motion for Extension of Time to Object to the Magistrate Judge's Findings (Doc 49 - filed January 13, 2006) are GRANTED up to and including **March 3, 2006**.

                                          BY THE COURT:

                                             s/Lewis T. Babcock
                                             Lewis T. Babcock, Chief Judge

DATED: January 17, 2006